# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In re:** : | |
| : | |
| **Michael E. Watson** : | Case No.: **11-30555** |
| : | **Chapter 13** |
| **Debtor(s).** : | **Judge Guy R. Humphrey** |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

John R. Cummins enters his appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                    Respectfully submitted,

                    /s/ John R. Cummins
                    John R. Cummins (0036811)
                    Edward H. Cahill (0088985)
                    Adam B. Hall (0088234)
                    Daniel C. Wolters (0076521)
                    Manley Deas Kochalski LLC
                    P.O. Box 165028
                    Columbus, OH  43216-5028
                    Telephone: 614-220-5611
                    Fax: 614-627-8181
                    Attorneys for Creditor
                    The case attorney for this file is John R. Cummins.
                    Contact email is jrc@manleydeas.com

16-005065_KKC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, a copy of the foregoing Notice of Appearance and Request for Notices was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH  43215

Jeffrey M. Kellner, 131 North Ludlow Street, Suite 900, Dayton, OH  45402, ecfclerk@dayton13.com

Christopher S. Owen, Attorney for Michael E. Watson, Owen Legal Services, LLC, 3131 South Dixie, Suite 410, Moraine, OH  45439, attorney@owenlegalservices.com

and on the below listed parties by regular U.S. mail, postage prepaid:

Michael E. Watson, 704 Victoria Drive, Franklin, OH  45005

Warren County Treasurer, 406 Justice Drive , Lebanon , OH  45036

/s/ John R. Cummins

16-005065_KKC